## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| David Finch and Ashley Finch, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-2571 |
| Equifax Information Services LLC, | ) |
| Experian Information Solutions, Inc., and | ) |
| 21st Mortgage Corporation, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

NOTICE IS HEREBY PROVIDED that David Finch and Ashley Finch ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Defendant Equifax") have reached a settlement in principle. Plaintiffs and Defendant Equifax anticipate needing approximately 60 days to document and conclude the settlement. Plaintiffs will thereafter file a stipulation of dismissal or otherwise move for a dismissal of Defendant Equifax. If the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

Date:   May 26, 2022                                            Respectfully submitted,


/s/James R. Crump
James Crump, KS 78704
Ryan Callahan, KS 25363
Callahan Law Firm
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:     (816) 822-4049
James@callahanlawkc.com
Ryan@callahanlawkc.com

               **Kazerouni Law Group, APC**

               Anthony P. Chester
               Kazerouni Law Group, APC
               120 S. 6th St., Suite 2050
               Minneapolis, MN 55402
               Telephone: (952) 225-5333
               tony@kazlg.com
               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 26, 2022, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following parties via electronic mail on the same date as filing via the Court's cm/ecf filing system.

   Equifax Information Services, LLC
   c/o Guillermo Gabriel Zorogastua – gzorogastua@polsinelli.com

   21st Mortgage Corporation
   c/o Michele O'Malley – momalley@sandbergphoenix.com

   Experian Information Solutions, Inc.
   c/o G. Edgar James – ejames@jamessobba.com
   Lawrence E. Nordling – lnordling@jamessobba.com

   Experian Information Solutions, Inc.
   c/o Katherine Smith – katherinesmith@jonesday.com

               By: /s/ James Crump
               James Crump, *Attorney for Plaintiff*