## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| David Finch and Ashley Finch, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 2:21-cv-2571 |
| Equifax Information Services LLC, ) | |
| Experian Information Solutions, Inc., and ) | |
| 21st Mortgage Corporation, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED to by Plaintiffs and Plaintiffs' attorneys and Defendant Equifax Information Services, LLC and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against Defendant Equifax Information Services, LLC shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Respectfully Submitted,

**Callahan Law Firm, LLC**

*/s/ James R. Crump*
James R. Crump, KS 78704
Ryan M. Callahan, KS 25363
CALLAHAN LAW FIRM, LLC
222 W. Gregory Blvd., Suite 210
Kansas City, MO 64114
Tel: 816-822-4049
Fax: 913-273-1799
Email: james@callahanlawkc.com

1

        **Kazerouni Law Group**
        Anthony P. Chester
        Kazerouni Law Group
        120 South 6th Street, Suite 2050
        Minneapolis, MN 55402
        Telephone:    (952) 225-5333
        Facsimile:    (800) 635-6425
        Email: tony@kazlg.com
        *Attorneys for Plaintiff*


        **Polsinelli PC - KCMO**

        /s/ *G. Gabriel Zorogastua*
        G. Gabriel Zorogastua, KS
        900 W. 48th Place, Suite 900
        Kansas City, MO 64112
        Telephone:    (816) 753-1000
        Facsimile:    (816) 753-1536
        Email: gzorogastua@polsinello.com
        *Attorneys for Defendant*
        *Equifax Information Services, LLC*


### **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas on the 26th day of August, 2022, with notice of case activity generated and sent to counsel of record.

        /s/ James R. Crump
        Attorney for Plaintiff